**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| SAMUEL SPECK and ) | |
| LAURA CASSIDY-SPECK, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No.   1:12-cv-1726 |
| vs. ) | |
| ) | |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC, ) | **NOTICE OF DISMISSAL** |
| ) | |
| Defendant. ) | |

Now comes the Plaintiffs, SAMUEL SPECK and LAURA CASSIDY-SPECK, by and through their attorneys, and hereby advises the Court that they are dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties

Respectfully Submitted,

/s/ Mitchel E. Luxenburg
David B. Levin (0059340)
Mitchel E. Luxenburg (0071239)
Attorneys for Plaintiff
Luxenburg & Levin, LLC
23875 Commerce Park, Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 301 (phone)
(866) 551-7791 (facsimile)
Mitch@LuxenburgLevin.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 8, 2012, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ Mitchel E. Luxenburg
David B. Levin (0059340)
Mitchel E. Luxenburg (0071239)
Attorneys for Plaintiff
Luxenburg & Levin, LLC
23875 Commerce Park, Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 301 (phone)
(866) 551-7791 (facsimile)
Mitch@LuxenburgLevin.com