UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SAMUEL SPECK, et al., | ) | Case No. 1:12 CV 1726 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) ) | |
| | ) | |
| Defendants. | ) | |

Counsel has notified the Court that above captioned case has been dismissed with prejudice.

Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

                                                _/s/Donald C. Nugent___
                                                DONALD C. NUGENT
                                                United States District Judge

DATE: _November 27, 2012_